Michael Reiter (State Bar No. 197768)
michael@michaelreiterlaw.com
Attorney at Law
1255 West Colton Avenue, Suite 104
Redlands, California 92374
(909) 708-6055


Attorney for Plaintiffs, Canille Webb, Mike Fasil


UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA


| CANILLE WEBB, MIKE FASIL, individuals | ) | Case No. CV11-09902 SS |
|---|---|---|
| Plaintiffs, | ) | ORDER OF DISMISSAL |
| | ) | |
| vs. | )) | |
| | ) | |
| CITY OF LOS ANGELES et al. , | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Based on the stipulation of the parties, good cause being found;

IT IS ORDERED that the above-captioned case be dismissed with prejudice pursuant to FRCP 41(a).


DATED:    8/27/13                    _____/S/_____
                                     The Honorable Suzanne H. Segal
                                     United States Magistrate Judge

1